AO 442 (Rev. 5/93) Warrant for Arrest                    AUSA ROBIN ROSENBAUM

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by ____ D.C.
APR 1 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

NALIO WILLIAMS, a/k/a ZARICK DEMETRIUS SMITH, and
TRICIA DICKSON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6091-CR-FERGUSON

To: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest __NALIO WILLIAMS, a/k/a ZARICK DEMETRIUS SMITH__
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [X] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
from on or about May 21, 1996, through on or about May 28, 1996, conspiracy to commit bank fraud and pass counterfeit and forged securities, bank fraud, and unauthorized access to computer record of financial institution

in violation of Title __18__ United States Code, Section(s) __377, 1344, 1030(a)(2)(A)__

CLARENCE MADDOX                                        COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                                Title of Issuing Officer

_[signature]_                                          April 11, 2000 - Ft. Lauderdale, FL
Signature of Issuing Officer                           Date and Location

Bail fixed at $ 50,000 Corporate Surety bond    by    BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
with Nebbia                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.