AO 442 (Rev. 5/93) Warrant for Arrest                                    AUSA ROBIN ROSENBAUM    46 7206

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

**V.**

NALIO WILLIAMS, a/k/a ZARICK DEMETRIUS SMITH, and
TRICIA DICKSON

## WARRANT FOR ARREST

CASE NUMBER:

00-6091
CR-FERGUSON

To: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest ——— NALIO WILLIAMS, a/k/a ZARICK DEMETRIUS SMITH
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☒ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)
from on or about May 21, 1996, through on or about May 28, 1996, conspiracy to commit bank fraud and pass counterfeit and forged
securities, bank fraud, and unauthorized access to computer record of financial institution

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 377, 1344, 1030(a)(2)(A)

CLARENCE MADDOX                                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                              Title of Issuing Officer

Signature of Issuing Officer                         Apr 11 2000 - Ft. Lauderdale, Fl.
                                                     Date and Location

Bail fixed at $ 50,000 Corporate Surety Bond    by    BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                                       Name of Judicial Officer

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/11/00 | James A. Tassone | |
| DATE OF ARREST | United States Marshal | |
| 9/13/00 | Southern District of Florida | Glenn Morgan, ASDUSM |

This form was electronically produced by Elite Federal Forms, Inc.