## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: NALIO WILLIAMS (J) #61892-004         CASE NO: 00-6091-CR-FERGUSON

AUSA: ROBIN ROSENBAUM / Van Vliet     ATTY: ~~FPD~~ Conflicted - Alvin Entin

AGENT: Rice         VIOL: BANK FRAUD

FILED by D.C.

PROCEEDING: BOND HEARING / ARRAIGNMENT    RECOMMENDED BOND: 10,000 CSB w/NEBBIA

BOND HEARING HELD - yes / no         COUNSEL APPOINTED:

SEP 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @: 10,000 CSB w/Nebbia To be cosigned by:
25,000 PSB

- ☐ Do not violate any law.

Advised of Charges

- ☐ Appear in court as directed.

- ☐ Surrender and / or do not obtain passports / travel documents.

Alvin Entin appointed as counsel FPD allowed to w/draw from appointment

- ☑ Rpt to PTS as directed / or ___/___ x's a week/month by phone; ___ x's a week/month in person.

- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

- ☐ Maintain or seek full - time employment.

- ☐ No contact with victims / witnesses.

- ☐ No firearms.

- ☐ Curfew: ___

- ☐ Travel extended to: ___

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | ✓ | |
| STATUS CONFERENCE: | 10-5 | 11 | BSS | |

DATE: 9/14/00   TIME: 9:30   FTL/LSS TAPE # 00- 049   Begin: 477   End: 621