UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-Ferguson

UNITED STATES OF AMERICA

vs

NALIO WILLIAMS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: __CUSTODY__

Telephone: _____

DEFENSE COUNSEL:  Name: __ALVIN ENTIN, ESQ.__

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $____10,000 CSB w/NEBBIA / 25,000 PSB____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __14TH__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. __00- 049__

cc: Copy for Judge
    U. S. Attorney

