# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]  CASE NUMBER: CR 00-6091-Ferguson
            Plaintiff ]
     -vs-            ]  REPORT COMMENCING CRIMINAL
                       ]  ACTION

Williams, Nalio
_____Defendant_____    61892-004
                        USMS Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
     COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9-13-00 _____ AM ____ PM ____

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE(S) CHARGED: Consp. Bank Fraud

(4) UNITED STATES CITIZEN:   ( ) YES   ( ) NO   (X) UNKNOWN

(5) DATE OF BIRTH: 5-10-76

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES  [ ] NO

AMOUNT OF BOND: $_____  WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 9-13-00   ARRESTING OFFICER: _____

(10) AGENCY: USMS    (11) PHONE: _____

(12) COMMENTS: _____

