koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA

**ORDER ON INITIAL APPEARANCE**

Plaintiff,

Language ENGLISH
Tape No. 00D - 93-300
AUSA Mike Mull
Agent USMS-

v.

NALIO WILLIAMS
    Defendant.     DOB: 5-10-76     # 61892-004
a/k/a ZARICK DEMETRIUS SMITH          /

The above-named defendant having been arrested on 9-13-00 having appeared before the court for initial appearance on 9-13-00
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. AFPD - Hector Flores ___ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am  9/14 , 2000.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)~~
   Bond because _____A
   ~~detention~~ hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am  9/14 , 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   $10 K CSB Nebbia (no hrg held)

___The bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____

NALIO WILLIAMS A/KA/A ZARICK DEMETRIUS SMITH

__I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal
__j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set: At Arrest ____✓____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____

__✓__ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this __13th__ day of __SEPTEMBER_____, 2000.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation