UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6091-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

NALIO WILLIAMS,    :

    Defendant.    :
_____/



## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on the Office of the Federal Public Defender's oral motion to withdraw based on a conflict of interest and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Office of the Federal Public Defender's oral motion to withdraw is hereby GRANTED. CJA counsel Alvin Entin has been appointed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22 day of September, 2000.

                                       LURANA S. SNOW
                                       UNITED STATES MAGISTRATE JUDGE

cc:    Timothy Day, AFPD
        Robin Rosenbaum, AUSA
        Alvin Entin, Esquire