| | | | |
|---|---|---|---|
| DEFT: | Nalio Williams (no deft needed) | CASE NO: | 00-6091-CR-Ferguson |
| AUSA: | Robin Rosenbaum / Rice | ATTNY: | Alvin Entin / not present |
| AGENT: | | VIOL: | Kevin Tunna (?) |
| PROCEEDING: | Status Conference | BOND REC: | Standing in |

BOND HEARING HELD - yes/no          COUNSEL APPOINTED: _____

___ BOND SET @ _____    [✓] D.C.

CO-SIGNATURES: _____   00.5 "bond"

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
No motions
3 days to try
Oct. 23 rd trial date

NEXT COURT APPEARANCE: ____  DATE: ____  TIME: ____  JUDGE: ____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 10-5-00   TIME: 11:00am / 11:50am   TAPE # 00-078   PG # 1
                                          1465 - 1500