UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

NALIO WILLIAMS,

   Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on October 5, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and there are no motions currently pending. The Government represented that it is ready to proceed and that this matter will require three (3) days to try.

2. Defense counsel informed the Court that he has received the Government's discovery response and that there are no motions currently pending.

DATED at Fort Lauderdale, Florida this 5th day of October 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

Alvin E. Entin, Esquire
Attorney for Defendant