UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.: 99-6091-CR-FERGUSON

    Plaintiff,

vs.

NALIO WILLIAMS,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, NALIO WILLIAMS, by and through his undersigned counsel and hereby files this Unopposed Motion to Continue Trial and states unto the Court as follows:

1. Trial in this cause is currently set for Monday, October 23, 2000 before the Honorable Wilkie Ferguson.

2. Counsel was recently appointed to represent the Defendant, Nalio Williams and received the discovery approximately 1 ½ weeks ago.

3. As a result, a continuance is necessary to allow the Defendant and counsel sufficient time to review the discovery and prepare for trial.

4. Undersigned counsel has spoken with Assistant United States Attorney Robin Rosenbaum who states she has no objection to a continuance of trial.

WHEREFORE the Defendant, NALIO WILLIAMS, respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy was sent via U.S. Mail this 12th day of October, 2000, to Robin Rosenbaum, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone: (954) 761-7201
Facsimile: (954) 767-8343

By: _____
ALVIN E. ENTIN
Fla. Bar No. 127027