# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

*FILED by DW D.C.*
*OCT 16 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6091-CR-WDF__   Date: __10/16/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

**UNITED STATES OF AMERICA** vs. __Nalio Williams (J)__

AUSA: __Robin Rosenbaum__

Defendant(s) Counsel: __Alvin Entin__

Defendant(s) Present __ Not Present __ In Custody __

Reason for hearing: __Calendar Call__

Result of hearing: __Next case for trial calendar put on standby__

Case Continued to: _____   Time: _____ A.M. For: _____