UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

NALIO WILLIAMS, (J)
        Defendant.
_____/

**MINUTES**
**CHANGE OF PLEA**



On November 1, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Alvin Entin, Esq, appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to counts 2 of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( ) The Court proceeded to pronounce sentence.
- ( x ) The Court postponed sentencing until **1/12/01 at** 9:30 a.m.,
- ( ) and the defendant was allowed to remain on present bond until then;
- ( ) and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- (X) and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Deloris McIntosh</u>

