UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6091-CR-FERGUSON

    Plaintiff,

vs.

NALIO WILLIAMS,

    Defendant.

_____/



### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, NALIO WILLIAMS, by and through his undersigned counsel and hereby files this his Objections to the Presentence Investigation Report and states unto the Court as follows:

1. The Defendant objects to the failure of the probation office to assess a two level reduction for the Defendant's acceptance of responsibility in the case. In addition to statements made by the Defendant at the plea colloquy in open court regarding his participation in the offense charged as evidence of Defendant's acceptance of responsibility, the Defendant will submit a written statement of acceptance of responsibility prior to sentencing. As a result, a two level reduction in the total offense level is appropriate.

2. The Defendant also objects to the two points added to the Defendant's criminal history computation as contained in paragraph 45 of the presentence investigation report. The probation officer indicates that these points are appropriate as the Defendant committed the instant offense while serving a sentence of probation, referring to an arrest of the Defendant on June 21, 1995, also referenced in the report at paragraph 31.

Apparently, the probation officer has concluded that the Defendant is still on probation for this 1995 offense because the Florida Department of Corrections notes that the case is still open. However, the Defendant submits that the Defendant was placed on one year of probation on November 14, 1995. As a result, absent any violation proceeding initiated prior to November 14, 1996, this probationary period has terminated. Apparently, the probation officer can not find a record of any violation proceedings initiated in this 1995 case. As a result, the two points added in paragraph 45 are inappropriate.

3. As a result of the foregoing objections, the Defendant submits that his total offense level should be 9 and the total criminal history points should be 9 as well. This garners a guideline range of 12-18 months.

WHEREFORE the Defendant, NALIO WILLIAMS, respectfully requests that this Honorable Court sustain his objections to the presentence investigation report and grant any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy was sent via U.S. Mail this 27th day of December, 2000, to Robin Rosenbaum, Esquire, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301 and Paul E. Czekanski, United States Probation Officer, Room 315, U.S. Courthouse, 300 N.E. First Avenue, Miami, Florida 33132-2126.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard, #1210
Fort Lauderdale, Florida 33301
Telephone: (954) 761-7201
Facsimile: (954) 767-8343

By: _____
ALVIN E. ENTIN
Fla. Bar No. 127027