SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _HC_
JAN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6091-CR-WDF

DEFENDANT  Nalio Williams               JUDGE  WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER            DATE  January 12, 2001

Court Reporter  Paul Haferling          USPO  _Stanley_

AUSA  Robin Rosenbaum                   Deft's Counsel  Alvin Entin, Esq.

COUNTS DISMISSED ___All Others___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until __/__/__ at _____ AM / PM

_Right to appeal_

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months  18    Counts  2

Credit for time from 4/13/01

Supervised Release  4 yrs ct 2 (see judgment for details)

Probation       Years    Months    Counts

Comments _____

Assessment $ 100.00                    Fine $ None

Restitution /Other $ 15,680.00

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation:  F.D.C. Miami

51