DEFENDANT:     NALIO WILLIAMS, (J) 61892-004
CASE NUMBER:   0:00CR06091-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __18__ __month(s)__ .

**As to Count Two (2) of the Indictment. The defendant shall receive credit for time served from April 13, 2001**

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ a.m./p.m.  on _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By
Date

Deputy Clerk

## RETURN

I have executed this judgment as follows:

Defendant delivered on  __3 15 01__  to  __FPC Eglin__

at __Eglin AFBFL__ , with a certified copy of this judgment.  __VIA TAL BUS__

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal