# United States District Court

## Southern District of Florida  AMENDED

UNITED STATES OF AMERICA
v.
NALIO WILLIAMS, (J) 61892-004

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06091-001**

Robin Rosenbaum, AUSA / Alvin Entin, Esq
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __Two of the Indictment on November 1, 2000__

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 | Bank Fraud | 05/24/1996 | 2 |

FILED by _____ D.C.
MAY 7 2001

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) __N/A__

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/10/1976
Defendant's USM No.: 61892-004
Defendant's Residence Address:
**FDC - MIAMI**

Miami           FL    33128

Defendant's Mailing Address:
**FDC - MIAMI**

Miami           FL    33128

05/02/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

05/03/01
Date

55

DEFENDANT:     NALIO WILLIAMS, (J) 61892-004
CASE NUMBER:   0:00CR06091-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __18__ month(s) _____.

**As to Count Two (2) of the Indictment. The defendant shall receive credit for time served from April 13, 2000**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

5/15/01  Order Recvd- Amended Judgment

Defendant delivered on __3/15/01__ to __FPC Eglin__
at __Eglin AFB, FL 32542__, with a certified copy of this judgment.

Jose M. Vazquez, Marshal
UNITED STATES MARSHAL

By Shari Dunlop, LTC
Deputy U.S. Marshal

5/7/01 Troy Walker