PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65360



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00CR06091-001

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   **Nalio Williams**

Name of Sentencing Judicial Officer:   The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence:   January 12, 2001

Original Offense:   Bank Fraud, in violation of Title 18 U.S.C. §1344, a Class 'B' Felony.

Original Sentence:   Eighteen (18) months Bureau of Prisons, to be followed by four (4) years of Supervised Release. Special conditions imposed included restitution in the amount of $15,680; provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer upon request; and defendant shall maintain full-time legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Furthermore, defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements, and other documents requested by the U.S. Probation Officer.

Type of Supervision: Supervised Release     Date Supervision Commenced: August 1, 2001

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall reside in a Community Corrections Center designated by the Bureau of Prisons for a period of 120 days, and shall observe the rules of that facility.




PROB 12B                                                                    SD/FL PACTS No. 65360
(SD/FL 9/96)

The Honorable Wilkie D. Ferguson, Jr., Judge
REQUEST FOR MODIFICATION
February 7, 2002
Page 2

**Name of Offender:** Nalio Williams                              **CASE NO. 00CR06091-001**

## CAUSE

**Violation of Mandatory Condition,** by failing to pay Court ordered restitution. On January 12, 2001, restitution in the amount of $15,680 was ordered by the Court, to be paid at the direction of the U.S. Probation Officer. On or about October 25, 2001, the Supervised Releasee executed a Financial Obligation Agreement to begin making payments of $150 per month to commence November 1, 2001, and to date has failed to comply with this agreement and is currently two months in arrears, in the amount of $300.

**Violation of Standard Condition,** by failing to answer truthfully all inquiries by the Probation Officer. On or about January 7, 2002, and January 31, 2002, the Supervised Releasee was questioned regarding his monthly payment of restitution, and stated on both occasions that he had been submitting his restitution payments every month as required, when in fact he had made no payments since October of 2001.

Pursuant to a written directive by the U.S. Probation Officer, Mr. Williams was required to make $150 monthly restitution payments, and provide documentation of those payments to the U.S. Probation Office on a monthly basis. An investigation by the U.S. Probation Office revealed that in December of 2001, and January of 2002, Supervised Releasee Williams submitted copies of blank money orders to the U.S. Probation Office, representing that those payments had in fact been sent to the Clerk's Office to pay his monthly restitution as required. Mr. Williams never sent those money orders to the Clerk's Office as he represented, instead utilizing the money orders for personal expenses.

On January 7, 2002, and again on January 31, 2002, the U.S. Probation Office specifically asked Mr. Williams if he had been making his restitution payments as required. On both occasions Mr. Williams advised that he had been making the payments as directed, when in fact he knew full well that the payments were not made, and the monies he represented were being sent to the Clerk of the Court were in fact utilized on personal expenditures.

PROB 12B  
(SD/FL 9/96)  

SD/FL PACTS No. 65360

The Honorable Wilkie D. Ferguson, Jr., Judge  
REQUEST FOR MODIFICATION  
February 7, 2002  
Page 3  

Name of Offender:  Nalio Williams              CASE NO. 00CR06091-001

To make up the $300 arrearage for the months of December and January, Mr. Williams was directed to commence making $200 monthly payments effective March 1, 2002.

Respectfully submitted,

by

Steven G. Aasterud  
U.S. Probation Officer  
Phone: (954) 769-5507  
Date:   February 7, 2002

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

**THE COURT ORDERS:**

[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer  

03/06/02  
Date