# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON (Marra)

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED by mat D.C.

MAR 1 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender: WILLIAMS, Nalio, a/k/a Zarick Demetrius Smith

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, United States District Judge, Southern District of Florida, Ft. Lauderdale Division

Date of Original Sentence: January 12, 2001

Original Offense: Bank Fraud, in violation of Title 18, U.S.C. §1344, a Class B felony

Original Sentence: Custody of the Bureau of Prisons for eighteen (18) months; followed by four (4) years supervised release and $15,680.00 restitution. Additional special conditions imposed at the time of sentencing include: (1) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances at the request of the U.S. Probation Officer; (2) the defendant shall maintain full time, legitimate employment and not to be unemployed for a term of more than thirty (30) days, unless excused by the U.S. Probation Officer; the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 wage and Earnings Statements, and other documents requested by the U.S. Probation Officer.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 1, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in the Community Corrections Center until the termination date of July 31, 2005.**

## CAUSE

**Violation of Standard Condition,** by failing to work regularly at a lawful occupation. Since on or about November 17, 2004, the supervised releasee has failed to work regularly as required.

On November 17, 2004, Nalio Williams was terminated from his employment with Fearless Warriors, Inc., located at 4153 SW 47 Avenue, Davie, Florida. The defendant had been employed since April 2004. On December 16, 2004, the defendant reported to the U.S. Probation Office and was instructed to obtain legitimate full-time employment no later than January 10, 2005. The defendant agreed that he would be placed in a Community Corrections Center if he did not have stable employment on that date.

On January 5, 2005, contact was made with the defendant at his residence and he stated that he obtained employment with Technion Communications, located at 3885 North University Drive, Miramar, Florida. The defendant stated that he would start work on January 10, 2005.

On or about, March 2, 2005, this Probation Officer and Supervising United States Probation Officer Brian Brownstein traveled to Technion to verify the defendant's employment. According to Supervisor Linda Joseph, the defendant was terminated on February 24, 2005, for failing to report for work. A review of his employment records revealed that the defendant last reported for work on February 12, 2005. Further, the defendant did not complete full work days, in that, from February 7, 2005, through February 12, 2005, the defendant worked a total of 24.61 hours.

On March 4, 2005, the defendant voluntarily signed a Waiver of Hearing to Modify the Conditions of Supervision which is attached to this memorandum, agreeing to placement in a Community Corrections Center until the termination of his supervised release in July, 31, 2005.

Pursuant to the defendant's admission to the violation in question, this U.S. Probation Officer respectfully requests that the Court modify the defendant's conditions to place the defendant in a Community Corrections Center until July 31, 2005.

Respectfully submitted,

by         Kristen M. Moberg
U.S. Probation Officer
Date: March 7, 2005

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

3/18/05
Date