ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6091-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs

NALIO WILLIAMS,

    Defendant,
_____/



**SATISFACTION OF JUDGMENT**

The joint and several restitution amount having been paid in full in the related Case No. 00-6066-CR-DIMITROULEAS, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

    Respectfully submitted,

    MARCOS DANIEL JIMÉNEZ
    UNITED STATES ATTORNEY

Date: March 28, 2005   By: _____
    Elizabeth Ruf Stein
    Assistant U.S. Attorney
    FL Bar No. 354945
    99 NE 4 Street, Suite 313
    Miami, FL 33132-2111
    TEL (305)961-9313
    FAX (305)530-7195
    elizabeth.stein@justice.usdoj.gov